Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VII

| VÍCTOR A. MARTÍNEZ MORALES<br><br>Recurrente<br><br>v.<br><br>BELLA INTERNATIONAL Y OTROS<br><br>Recurrida | KLRA202400397 | Revisión Administrativa procedente del Departamento de Asuntos del Consumidor<br><br>Sobre: Compraventa de Vehículo de Motor<br><br>Querella Número: PON-2023-0005139 |
|---|---|---|

Panel integrado por su presidenta, la Juez Domínguez Irizarry, el Juez Ronda del Toro y el Juez Pérez Ocasio

Domínguez Irizarry, Juez Ponente

### SENTENCIA

En San Juan, Puerto Rico, a 21 de agosto de 2024.

Atendida la Moción presentada el 21 de agosto de 2024 por la parte recurrente, se declara con lugar la solicitud de desistimiento, a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 L.P.R.A. Ap. XXII-B, R. 83(A). Consecuentemente, se ordena el archivo definitivo de esta causa.

Lo acordó y manda el Tribunal, y certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones


Número Identificador

SEN2024 _____